ISBK

Cat. 4
m/IFP
No Related

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

_____ Division

Plaintiff(s): **SEAN WAGNER**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): **SEE ATTACHMENT 1**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **2:26-CV-246**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☒ No

RECEIVED

FEB 1 1 2026

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SEAN WAGNER
Address: 137 POINTVIEW RD
City: PGH    State: PA    Zip Code: 15227
County: ALLEGHENY
Telephone Number: 412-712-4716
E-Mail Address: SEANWAGNER1983@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: ALLEGHENY COUNTY DEPARTMENT OF HUMAN SERVICES
Job or Title (if known):
Address: 1 SMITHFIELD ST
City: PGH    State: PA    Zip Code: 15222
County: ALLEGHENY
Telephone Number: 412-350-5701
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name: HEARING OFFICER ACKERMAN
Job or Title (if known): F.O.C. (FRIEND OF COURT I BELIEVE)
Address: 446 ROSS ST
City: PGH    State: PA    Zip Code: 15219
County: ALLEGHENY
Telephone Number: 412-350-5600
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Defendant No. 3
  Name: KATHERINE HENS-GRECO
  Job or Title (if known): JUDGE
  Address: 400 ROSS ST
  City: PGH  State: PA  Zip Code: 15219
  County: ALLEGHENY
  Telephone Number: NOT SURE
  E-Mail Address (if known):

  [X] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name: ALLEGHENY COUNTY DOMESTIC RELATIONS
  Job or Title (if known): 440 ROSS STREET
  Address: PGH   PA   15219
  City   State   Zip Code
  County: ALLEGHENY
  Telephone Number: 412-350-5600
  E-Mail Address (if known):

  [ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RIGHT TO DUE PROCESS
RIGHT TO PROPER SERVICE
RIGHT TO ACCESS COURTS
PROTECTION AGAINST ILLEGAL SEIZURE OF PROPERTY
RIGHT AGAINST ENFORCEMENT OF VOID ORDERS
RIGHT OF EQUAL PROTECTION
RIGHT TO CHALLENGE ENFORCEMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? DUE PROCESS (W), PROPER SERVICE, RIGHT TO JURY TRIAL

NO FEDERAL OFFICIALS INVOLVED YET

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHMENT LABELED (A) - (D)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

COURT OF COMMON PLEAS
CLERK OF COURTS
FAMILY DIV CLERK OF COURTS ON SMITHFIELD ST
HEALTH & HUMAN SERVICES IN HARRISBURG

B. What date and approximate time did the events giving rise to your claim(s) occur?

I STARTED COUNTER ACTIONS APPROX OCT 2022 AFTER INITIAL ARREST. I ALSO HAVE CERTIFIED MAIL FOR DATES
3/10/25  4/14/25  4/23/25  4/21/25
10/2/25  4/6/25  3/11/25

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHMENT E

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) Money fraudulently taken @

2) Vehicle impounded -- cost me money

3) Because I'm fighting this they granted my ex partner legal fees be paid by me

4) I got staph infection from being held in ACJ and forced to sleep on cement floor. I'm still trying to get the wound to heal

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like half the monies I've paid returned roughly $5,000.00 dollars. I want my family out of their system and the case closed. I would like the fraudulent acknowledgement of paternity shredded & destroyed. I would like a written appology for being treated so poorly & truth ignored. I would like to work with the agency to come up with a plan to keep this from happening to other families. I would like all unconstitutional acts to stop

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/4/26

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: SEAN WAGNER UCC 1-308

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                              *City*        *State*    *Zip Code*

Telephone Number
E-mail Address

Attachment 1 – Defendants

Allegheny County Domestic Relations Section – acting under color of state law.

Allegheny County Family Office of Child Support (FOC) – acting under color of state law.

Hearing Officer Ackerman – in official capacity as hearing officer of the Allegheny County Court of Common Pleas.

Judge Katherine Hens-Greco – in official capacity as judge of the Allegheny County Court of Common Pleas.

Allegheny County Court of Common Pleas Employees – in official capacity, responsible for clerical, filing, and enforcement actions related to plaintiff's case

1. Concise Legal Version (for main complaint)

The Pennsylvania Department of Human Services (DHS) violated my constitutional and statutory rights, including due process, equal protection, and protection against illegal seizure and enforcement of void orders. DHS accepted a $35 application fee without my consent, allowed my ex-partner to use my Social Security number without authorization, and initiated enforcement actions without any verified complaint, affidavit, or evidence of wrongdoing. DHS manufactured a debt and coerced compliance through the courts, including false arrest, detention, and illegal seizure of property, all without lawful justification. These actions demonstrate a pattern of unconstitutional conduct and abuse of authority under both federal and Pennsylvania law.

2. Fully Cited / Legally Fortified Version

The Pennsylvania Department of Human Services (DHS) has engaged in actions that violate my constitutional and statutory rights:

Unauthorized Charges and Consent Violations: DHS accepted a $35 application fee for services without my informed consent, violating my property rights and procedural due process under the Fourteenth Amendment (U.S. Const. Amend. XIV, §1; Mathews v. Eldridge, 424 U.S. 319 (1976)).

Identity Misuse and Fraud: DHS permitted my ex-partner to use my Social Security number without authorization, effectively misappropriating my identity for financial gain, in violation of privacy and property protections (5 U.S.C. §552a; U.S. Const. Amend. XIV).

Actions Without Evidence or Due Process: DHS initiated enforcement actions against me without any verified complaint, affidavit, or evidence of wrongdoing, and without my consent, violating my procedural due process rights (U.S. Const. Amend. XIV; Goldberg v. Kelly, 397 U.S. 254 (1970)).

Creation and Enforcement of False Debt: DHS manufactured a debt that did not exist and coerced compliance through the courts, including the use of false arrest, detention, and illegal search and seizure, in violation of the Fourth and Fourteenth Amendments (U.S. Const. Amend. IV & XIV; Malley v. Briggs, 475 U.S. 335 (1986)).

Coercion Through Judicial Enforcement: DHS leveraged the judicial system to extract funds without lawful basis, violating my rights to equal protection, access to courts, and protection against enforcement of void or improperly issued orders (U.S. Const. Amend. XIV; Pa. C.C.P. §1701; Ex parte Hull, 312 U.S. 546 (1941)).

Collectively, these actions constitute a pattern of unconstitutional conduct, abuse of authority, and violation of fundamental rights under both federal and Pennsylvania law, warranting relief under 42 U.S.C. §1983.

**Attachment B – Hearing Officer Ackerman Violations**

**Narrative:**

Hearing Officer Ackerman violated my constitutional rights, including due process, equal protection, and the right to a neutral decision-maker. Specifically:

1. **Testifying Without Proof:** Hearing Officer Ackerman testified under oath to the existence of an alleged debt but has repeatedly refused to provide any supporting evidence, documentation, or affidavit verifying the claim. This denial of evidence obstructs my ability to meaningfully challenge the allegations, violating my procedural due process rights (U.S. Const. Amend. XIV; Goldberg v. Kelly, 397 U.S. 254 (1970)).

2. **Conflict of Interest / Bias:** Hearing Officer Ackerman has acted in a manner that favors the state and my ex-partner, rather than maintaining neutrality as required of a judicial officer. This creates a conflict of interest and violates my right to an impartial adjudicator (Withrow v. Larkin, 421 U.S. 35 (1975)).

3. **Misrepresentation / False Statements:** By continuing to assert the validity of the alleged debt without producing evidence, Hearing Officer Ackerman has misrepresented facts before the court, undermining the integrity of the judicial process and violating my right to fair treatment under the law (U.S. Const. Amend. XIV; Pa. R.C.P. 401–405).

4. **Denial of Right to Challenge Evidence:** By withholding proof of the alleged debt, Hearing Officer Ackerman denied me the ability to contest the claim, effectively depriving me of a fair hearing and violating my fundamental due process rights (U.S. Const. Amend. XIV; Mathews v. Eldridge, 424 U.S. 319 (1976)).

These actions demonstrate a pattern of misconduct and abuse of judicial authority, resulting in unconstitutional treatment that is actionable under 42 U.S.C. §1983.

# Attachment C – Judge Katherine Hens-Greco Violations

**Narrative:**

Judge Katherine Hens-Greco violated my constitutional rights, including due process, equal protection, and protection against unlawful seizure of property. Specifically:

1. **Freezing and Seizing Funds Without Notice or Hearing:** Judge Hens-Greco froze my account, seized approximately $400, and placed a negative $10,000 hold, effectively ensuring any future deposits would be automatically seized. This was done without prior notice, a hearing, or consent, violating procedural due process under the Fourteenth Amendment (U.S. Const. Amend. XIV; Goldberg v. Kelly, 397 U.S. 254 (1970)).

2. **Improper or Missing Documentation:** The action was communicated to the bank via a letter lacking proper legal formalities, including the seal of the Clerk of Courts or certified documentation, meaning there was no valid legal authority for the seizure. This constitutes a violation of statutory and constitutional safeguards.

3. **Delayed Notice:** Notice of the seizure was mailed only after the action was taken, denying me the ability to contest the action or protect my rights, further violating procedural due process.

4. **Unlawful Seizure of Property:** By freezing and controlling access to my funds without lawful basis, Judge Hens-Greco engaged in de facto seizure of property, violating my Fourth and Fourteenth Amendment rights (U.S. Const. Amend. IV & XIV).

5. **Denial of Access to Courts:** The lack of prior notice and the improper documentation prevented me from effectively exercising my right to access the courts to challenge the seizure (Ex parte Hull, 312 U.S. 546 (1941)).

These actions demonstrate a pattern of unconstitutional conduct and abuse of judicial authority, actionable under 42 U.S.C. §1983

# Attachment D – Domestic Relations Violations

**Narrative:**

The Allegheny County Domestic Relations Section has violated my constitutional rights, including due process, equal protection, and protection against unlawful seizure and enforcement of void orders. Specifically:

1. **Initiating Enforcement Without Verified Complaint:** The Domestic Relations office began enforcement actions based solely on an application, without a sworn affidavit or verified complaint. To this day, I have no clear statement of claims or evidence supporting the alleged debt, yet I am repeatedly required to "pay this much for my freedom." This constitutes a violation of procedural due process (U.S. Const. Amend. XIV; Goldberg v. Kelly, 397 U.S. 254 (1970)).

2. **Failure to Provide Requested Documents:** Despite repeated requests, Domestic Relations has refused to provide documents supporting their claims, including the original warrant used to effect my arrest, preventing me from verifying jurisdiction or challenging the alleged debt.

3. **Contempt Hearings and Denial of Motions:** Domestic Relations continues to hold contempt hearings, deny motions, and enforce penalties for alleged violations of orders that should have already been vacated or closed. This pattern demonstrates arbitrary and discriminatory enforcement, violating equal protection (U.S. Const. Amend. XIV; Village of Willowbrook v. Olech, 528 U.S. 562 (2000)).

4. **Coercion and Debt Enforcement Without Consent:** The office continues to attach arrears to my account, increasing my debt without consent or lawful justification. They employ intimidation tactics, including threatening arrest for requesting documentation, to prevent me from exposing fraudulent actions.

5. **Denial of Access to Courts:** By refusing to provide records, ignoring requests, and taking coercive actions without lawful process, Domestic Relations obstructed my ability to defend myself or seek relief, denying my right to access the courts (Ex parte Hull, 312 U.S. 546 (1941)).

These actions collectively demonstrate a pattern of unconstitutional conduct, abuse of authority, and violation of fundamental rights actionable under 42 U.S.C. §1983.

## Attachment E – Underlying Claim

**Narrative:**

Approximately October 10, 2022, I was arrested on a family division contempt warrant. Throughout these proceedings, the Allegheny County Domestic Relations Section, associated judicial personnel, and the Family Office of Child Support (FOC) have systematically violated my constitutional rights, including due process, equal protection, and the right to access the courts.

Key violations include improper service and lack of jurisdiction, coercion to pay under threat of confinement, denial of access to records and evidence, freezing and seizure of my bank account without notice or proper legal authority, arbitrary contempt hearings, denial of fair hearings with impartial judges, retaliatory enforcement using old paternity documentation, threats and coercion at gunpoint, and refusal to validate alleged debts in violation of the Fair Debt Collection Practices Act.

These actions have prevented me from defending myself, exposed me to financial and emotional harm, and interfered with my parental rights. The repeated and deliberate denial of fundamental rights constitutes a pattern of unconstitutional conduct and abuse of authority, actionable under 42 U.S.C. §1983.

## Rights Violation Table – Underlying Claim

| Right Violated | How Violated | Legal Basis | Evidence / Notes |
|---|---|---|---|
| Due Process / Proper Notice | Arrested on a contempt warrant without proper service; notices sent to old addresses; no opportunity to contest | U.S. Const. Amend. XIV; Goldberg v. Kelly, 397 U.S. 254 (1970); Mathews v. Eldridge, 424 U.S. 319 (1976) | Certified mail receipts, court filings, proof of residence change |
| Right to Challenge Evidence / Access to Records | Repeatedly denied documentation supporting alleged debt, original warrant, or verified complaint | U.S. Const. Amend. XIV; Pa. R.C.P. 401–405; FDCPA validation requirement | Requests for records, certified mail, in-person filings, bank communications |
| Freedom from Coerced Payment | Forced to pay $500 under threat of confinement; ongoing arrears attached without consent | U.S. Const. Amend. XIV; FDCPA; 42 U.S.C. §1983 | Bank receipts, payment history, court orders |
| Unlawful Seizure of Property / Account Freeze | Bank account frozen, $400 seized, $10,000 negative hold placed without notice or hearing | U.S. Const. Amend. IV & XIV; Mathews v. Eldridge, 424 U.S. 319 (1976) | Bank statements, letter from Judge Hens-Greko, account hold documentation |
| Equal Protection / Arbitrary Enforcement | Contempt hearings and enforcement actions pursued while motions to vacate ignored | U.S. Const. Amend. XIV, §1; Village of Willowbrook v. Olech, 528 U.S. 562 (2000) | Court records, denied motions, hearing schedules |
| Right to a Neutral Decision-Maker | Judges and hearing officers acted with bias, ignored evidence requests, and enforced void orders | U.S. Const. Amend. XIV; Withrow v. Larkin, 421 U.S. 35 (1975) | Hearing transcripts, court filings, repeated motions ignored |

| Right Violated | How Violated | Legal Basis | Evidence / Notes |
|---|---|---|---|
| Parental Rights / Freedom from Retaliation | Use of a 2014 acknowledgement of paternity originally signed under duress to enforce child support; retaliatory enforcement actions | U.S. Const. Amend. XIV; FDCPA; 42 U.S.C. §1983 | Paternity documents, PFA case files, correspondence with agency |
| Access to Courts | Motions ignored, filings not clocked in, clerk obstructing filings, prevented from challenging enforcement | U.S. Const. Amend. XIV; Ex parte Hull, 312 U.S. 546 (1941) | Certified mail, in-person submissions, clerk interactions |
| Threats / Coercion | Forced to attend hearings at gunpoint, threatened with arrest to comply | U.S. Const. Amend. XIV; 42 U.S.C. §1983 | Personal testimony, witness statements, arrest records |
| Validation of Debt / FDCPA Compliance | Repeatedly requested debt validation; agency fails to provide evidence, continuing enforcement | Fair Debt Collection Practices Act; 15 U.S.C. §1692; U.S. Const. Amend. XIV | |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEAN MICHAEL WAGNER,
Plaintiff,

v.

ALLEGHENY COUNTY DOMESTIC RELATIONS SECTION;
ALLEGHENY COUNTY COURT OF COMMON PLEAS;
HEARING OFFICER AKERMAN;
JUDGE KATHERINE HENS-GRECO;
and JOHN & JANE DOES 1–10,
Defendants.

Civil Action No. _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. §1983)
JURY TRIAL DEMANDED

I. INTRODUCTION
This is a civil rights action brought pursuant to 42 U.S.C. §1983 to redress the deprivation of rights secured by the United States Constitution.

Plaintiff brings this action to stop the unlawful arrest, coercion, seizure of property, and deprivation of liberty perpetrated by Defendants acting under color of state law without lawful jurisdiction, notice, or due process.

Defendants have engaged in an ongoing pattern of constitutional violations by enforcing child support obligations against Plaintiff without valid service, lawful notice, or a valid court order, and by using threats of incarceration and seizure of property to compel compliance.

II. JURISDICTION AND VENUE
This Court has jurisdiction under 28 U.S.C. §§1331 and 1343 because this action arises under the Constitution and laws of the United States.

Declaratory and injunctive relief is authorized under 28 U.S.C. §§2201 and 2202.

Venue is proper in this District under 28 U.S.C. §1391 because all events occurred in Allegheny County, Pennsylvania.

III. PARTIES

Plaintiff Sean Michael Wagner is a natural person and resident of Allegheny County, Pennsylvania.

Defendant Allegheny County Domestic Relations Section (DRS) is a county agency responsible for child support enforcement.

Defendant Allegheny County Court of Common Pleas is a state court exercising domestic relations jurisdiction.

Defendant Hearing Officer Akerman is an officer of the court who conducted enforcement proceedings against Plaintiff.

Defendant Judge Katherine Hens-Greco is a judicial officer who authorized and ratified enforcement actions against Plaintiff.

Defendants John and Jane Does 1-10 are employees, agents, or contractors who participated in the acts described herein.

IV. FACTUAL ALLEGATIONS

Plaintiff was never properly served with a lawful summons, complaint, or support order initiating the child support case against him.

No affidavit of service, signed return of service, or proof of lawful notice exists establishing personal jurisdiction over Plaintiff.

Despite this, Defendants proceeded as if jurisdiction existed and began enforcing alleged child support obligations.

Plaintiff was arrested and compelled to appear before the court under threat of incarceration, despite the absence of lawful service or jurisdiction.

Plaintiff was forced to attend hearings while medically unwell and under duress.

Defendants failed to provide Plaintiff with copies of any signed support order, contract, or judgment establishing a legal debt.

Defendants issued wage attachments, license suspensions, and threats of incarceration without due process.

Plaintiff repeatedly requested proof of jurisdiction, service, and the alleged debt, which Defendants refused to provide.

Defendants continue to pursue contempt and enforcement actions despite knowing that jurisdiction was never lawfully obtained.

V. CONSTITUTIONAL VIOLATIONS
Count I – Due Process (Fourteenth Amendment)
Defendants deprived Plaintiff of liberty and property without due process of law.

Plaintiff was never given lawful notice or an opportunity to be heard in a court of competent jurisdiction.

Enforcement actions, arrests, and seizures were therefore void ab initio.

Count II – Unlawful Seizure (Fourth Amendment)
Defendants caused Plaintiff to be arrested, detained, and threatened with incarceration without lawful authority.

Such actions constitute unreasonable seizures.

Count III – Deprivation of Property (Fifth & Fourteenth Amendments)
Defendants seized wages, suspended licenses, and interfered with Plaintiff's livelihood without lawful process.

No valid judgment or contract exists authorizing such takings.

Count IV – Denial of Access to Courts
Defendants obstructed Plaintiff's ability to challenge jurisdiction and present defenses by refusing to produce evidence and by coercing compliance through threats of jail.

## VI. INJUNCTIVE AND DECLARATORY RELIEF

Plaintiff seeks a declaration that Defendants' actions were unconstitutional and void.

Plaintiff seeks an injunction barring Defendants from:

Enforcing any child support order against Plaintiff

Conducting contempt hearings

Arresting Plaintiff

Seizing property or wages
until due process and jurisdiction are proven.

## VII. DAMAGES

Plaintiff has suffered loss of income, emotional distress, reputational harm, and deprivation of liberty.

Plaintiff seeks compensatory damages, punitive damages, and attorney's fees under 42 U.S.C. §1988.

## VIII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## IX. PRAYER FOR RELIEF

Plaintiff respectfully requests:

A. Declaratory relief
B. Injunctive relief
C. Compensatory damages
D. Punitive damages
E. Costs and fees
F. Any further relief the Court deems just

Respectfully submitted,

Sean Michael Wagner
Plaintiff, Pro Se

Commonwealth of Pennsylvania - Notary Seal
Randy L. Bodell, Notary Public
Allegheny County
My commission expires September 15, 2028
Commission number 1209937
Member, Pennsylvania Association of Notaries

This record was acknowledged before me on 2/2/26

by SEAN MICHAEL WAGNER