UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEAN MICHAEL WAGNER,
Plaintiff,

v.

ALLEGHENY COUNTY DOMESTIC RELATIONS SECTION, et al.,
Defendants.

RECEIVED

FEB 1 1 2026

CLERK, U.S. DISTRICT COURT.
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. _2:26-CV-246_

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiff Sean Michael Wagner respectfully moves this Court for an Emergency Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, and in support states as follows:

I. INTRODUCTION
Plaintiff is the victim of ongoing constitutional violations by Defendants acting under color of state law.

Defendants are actively pursuing contempt proceedings, arrest, incarceration, and property seizure against Plaintiff without lawful jurisdiction, valid service, or due process.

Plaintiff has a contempt hearing scheduled for February 4, which threatens irreparable harm in the form of loss of liberty, income, and constitutional rights.

Immediate injunctive relief is necessary to prevent Defendants from continuing unlawful enforcement actions.

II. LEGAL STANDARD
A Temporary Restraining Order and Preliminary Injunction are appropriate when:

Plaintiff is likely to succeed on the merits,

Plaintiff will suffer irreparable harm,

The balance of equities favors Plaintiff,

Injunctive relief is in the public interest.

III. LIKELIHOOD OF SUCCESS
Plaintiff was never lawfully served with any summons, complaint, or child support order.

No affidavit of service, signed judgment, or contract exists establishing jurisdiction or a valid debt.

Without jurisdiction, all enforcement actions are void.

Defendants' actions violate:

The Fourteenth Amendment (due process),

The Fourth Amendment (unlawful seizure),

The Fifth Amendment (taking of property without lawful process).

IV. IRREPARABLE HARM
Plaintiff faces:

Arrest and incarceration,

Wage garnishment,

Loss of professional licenses,

Destruction of livelihood,

Continued constitutional injury.

These harms cannot be undone by money damages and therefore qualify as irreparable.

V. BALANCE OF EQUITIES

Granting relief merely requires Defendants to pause enforcement until lawful jurisdiction is proven.

Denying relief allows unconstitutional imprisonment and theft of property to continue.

VI. PUBLIC INTEREST
The public has a strong interest in ensuring that courts and agencies follow constitutional due process.

No government interest is served by enforcing void orders.

VII. RELIEF REQUESTED
Plaintiff respectfully requests that this Court:

A. Issue a Temporary Restraining Order immediately prohibiting Defendants from:

Conducting any contempt hearing,

Arresting or detaining Plaintiff,

Garnishing wages,

Suspending licenses,

Seizing any property;

B. Set this matter for a Preliminary Injunction hearing;

C. Order Defendants to produce proof of jurisdiction, service, and any valid support order;

D. Grant any further relief the Court deems just.

Respectfully submitted,

Sean Michael Wagner
Plaintiff, Pro Se

Date: 2/2/2026

This record was acknowledged before me
on 2/2/2026

by SEAN MICHAEL WAGNER

Commonwealth of Pennsylvania - Notary Seal
Randy L. Bodell, Notary Public
Allegheny County
My commission expires September 15, 2028
Commission number 1209937
Member Pennsylvania Association of Notaries