IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sean Michael Wagner,
Plaintiff

v.

Allegheny County Domestic Relations Section, et al.,
Defendants

Case No. 2:26-cv-00246

MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Sean Michael Wagner respectfully moves this Court for expedited consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

In support thereof, Plaintiff states:

1. Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction seeking to prevent ongoing enforcement actions by Defendants.
2. On or about March 24, 2026, representatives of the Allegheny County Sheriff's Office appeared at Plaintiff's residence in connection with the underlying child support enforcement proceedings.
3. These enforcement actions continue to cause irreparable harm to Plaintiff while this matter is pending before this Court.
4. Plaintiff respectfully requests that this Court review and rule upon the pending Motion for Temporary Restraining Order and Preliminary Injunction on an expedited basis to prevent further harm.

WHEREFORE Plaintiff respectfully requests this Court expedite consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

Sean Michael Wagner
137 Pointview Rd
Pittsburgh, PA 15227

**FILED**

MAR 3 1 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA