CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing
Motion for Expedited Consideration was mailed on this
__24th__ day of ___March_____, 2026 to the following:

Allegheny County Domestic Relations Section
440 Ross Street
Pittsburgh, PA 15219

I declare under penalty of perjury that the foregoing is true and correct