**Orders on Motions**

2:26-cv-00246-KT WAGNER v. ALLEGHENY COUNTY DEPARTMENT OF HUMAN SERVICES et al

## U.S. District Court

## Western District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 2/23/2026 at 6:34 PM EST and filed on 2/23/2026
**Case Name:**        WAGNER v. ALLEGHENY COUNTY DEPARTMENT OF HUMAN SERVICES et al
**Case Number:**      2:26-cv-00246-KT
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**ORDER GRANTING the (ECF No. [1]) Motion to Proceed in Forma Pauperis. IT IS FURTHER ORDERED that the Clerk of Court file the Complaint as well as the Motion for Temporary Restraining Order and Preliminary Injunction, attached to this motion, FORTHWITH. Signed by Magistrate Judge Kezia O. L. Taylor on 02/23/2026. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (jmb)**

**2:26-cv-00246-KT Notice has been electronically mailed to:**

**2:26-cv-00246-KT Filer must deliver notice by other means to:**

SEAN WAGNER
137 POINTVIEW RD.
PITTSBURGH, PA 15227