CIVIL/FAMILY DIVISION
DEPARTMENT OF COURT RECORDS
ALLEGHENY COUNTY
FIRST FLOOR CITY-COUNTY BUILDING
414 GRANT STREET
PITTSBURGH PA 15219-2469

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 15219
02 4W
0000348493  APR 06 2026
$ 000.58

Us DISTRICT COURT Western Pennsylvania
700 Grent street
Pittsburgh, Pennsylvania 15219